IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: David T. Schultz |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:   22-cr-223 NEB/TNL |
| | ) | Date:   September 20, 2022 |
| Abdi Nur Salah(6), | ) | Courthouse:   Minneapolis |
| | ) | Courtroom:   9E |
| Defendant, | ) | Time Commenced:   3:00 p.m. |
| | | Time Concluded:   3:03 p.m. |
| | | Time in Court:   3 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert and Joe Thompson, Assistant U.S. Attorney
Defendant: Brian Toder,
   X Retained

Date Charges Filed: 9/13/2022          Offense: conspiracy to commit wire fraud; wire fraud; conspiracy to commit money laundering; money laundering

X Advised of Rights

on    X Indictment


X   **Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.**


X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                          __s/jam_____
                                                          Signature of Courtroom Deputy