# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>v.<br><br>Abdi Nur Salah (6),<br>　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: DAVID T. SCHULTZ<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 22-cr-223 NEB/TNL |
| Date: | September 20, 2022 |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 3:03 p.m. |
| Time Concluded: | 3:04 p.m. |
| Time in Court: | 1 minute |

**APPEARANCES:**

　Plaintiff: Matthew Ebert and Joe Thompson, Assistant U.S. Attorney
　Defendant: Brian Toder,
　　　　　　X Retained

**Indictment Dated:** 9/13/2022

　X Reading of Indictment Waived　　X Not Guilty Plea Entered

Other Remarks:

　X Counsel to be notified of additional dates by separate Order to be issued.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/jam
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy