

**Chestnut Cambronne PA**

100 Washington Avenue South
Suite 1700
Minneapolis, MN 55401-2048
T: 612.339.7300
F: 612.336.2940

www.chestnutcambronne.com

Brian N. Toder
Phone: (612) 339-7300
btoder@chestnutcambronne.com

July 12, 2024

**VIA ECF FILING**

The Honorable Tony N. Leung
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

Re:   United States v. Abdi Nur Salah (6)
      Court File No. 22-cr-00223 (NEB/TNL)

Dear Honorable Judge Leung,

Defendant Abdi Nur Salah has elected to not file a responsive pleading to the government's memorandum (Dkt. 308) and instead rests on his prior submissions.

Respectfully submitted,

**CHESTNUT CAMBRONNE PA**

Brian N. Toder

BNT/arb