# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

UNITED STATES OF AMERICA,

Plaintiff,

v.

ABDI NUR SALAH,

Defendant.

## COURT MINUTES - CRIMINAL

Case No: 22-cr-223 (6) (NEB/DTS)
Date: October 1, 2026
Courthouse: Minneapolis
Courtroom: 13W
Court Reporter: Renee Rogge
Time Commenced: 12:10 p.m.
Time Concluded: 1:00 p.m.
Time in Court: 50 minutes

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

For Plaintiff: Rebecca Kline, Assistant U.S. Attorney
For Defendant: Brian Toder, Retained Attorney

☒ **Sentencing.**
☒ **Objections to the PSR reviewed on the record.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Plea | BOP | SR |
|---|---|---|---|
| 6 | X | 33 months | 2 years |

☒ Special conditions of: **See J&C for special condition.**
☒ Restitution in the amount of $1,063,255 is due immediately.
☒ Special assessment in the amount of $100.00 is due immediately.
☒ Counts 1, 3-4, 41 and 58-59 are dismissed by motion of the Government.
☒ Defendant is remanded to the custody of the USM.

Date: October 1, 2026

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel